581 So.2d 541 (1991)
Ex parte William Eltoria DANIELS.
(Re William Eltoria Daniels v. State).
1900689.
Supreme Court of Alabama.
May 24, 1991.
L. Dan Turberville, Birmingham, for appellant.
James H. Evans, Atty. Gen., for appellee.
Prior report: Ala.Cr.App., 581 So.2d 536.
ALMON, Justice.
WRIT DENIED.
HORNSBY, C.J., and SHORES, HOUSTON, STEAGALL, KENNEDY and INGRAM, JJ., concur.
MADDOX and ADAMS, JJ., dissent.
MADDOX, Justice (dissenting).
I dissent for the same reasons I expressed in my dissenting opinion in Ex parte Dysart, 581 So.2d 545 (Ala.1991).